IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY DIANA MOE,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a for Profit Corporation,<br><br>Defendant. | CV 22–68–M–DWM<br><br><br>ORDER |

Plaintiff Mary Diana Moe moves for the admission of Nathan D. Finch to practice before this Court in this case with Mark Kovacich to act as local counsel. The applicant attorneys' applications appear to be in order. Therefore,

IT IS ORDERED that Plaintiff's motion to admit Nathan D. Finch *pro hac vice*, (Doc. 4) is GRANTED on the condition that Mr. Finch shall do his own work. This means that Mr. Finch must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.ucourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Finch within fifteen (15) days of the date of this Order, files a notice acknowledging his respective admission under the terms set forth above. Counsel is advised that this Court's custom is to limit each side to two *pro hac vice* admissions.

DATED this 5th day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court