IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDWARD GALLEGOS, as Personal Representative of the Estate of MARY DIANA MOE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | CV 22–68–M–DLC<br><br>ORDER |

Before the Court is Defendant BNSF Railway Company's Unopposed Motion to Extend the Motions Deadline.  (Doc. 29.)  BNSF requests a modification to the existing Scheduling Order (Doc. 15) to extend the motions deadline from April 10, 2023, to May 10, 2023, in order to conduct discovery and take depositions.  (*Id.* at 2.)  Defendant does not request that any other deadlines be modified.  (*Id.*)  Plaintiff does not oppose the motion.  (*Id.*)

According, IT IS ORDERED that Defendant BNSF's Motion (Doc. 29) is GRANTED.  The motions deadline is extended to May 10, 2023.  The Court's previous Scheduling Order (Doc. 15) otherwise remains in full force and effect.

Dated this 27th day of February, 2023.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1