IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDWARD GALLEGOS, as Personal Representative of the Estate of MARY DIANA MOE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a for-profit corporation,<br><br>Defendant. | CV 22–68–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's motion for the admission of attorney Roger M. Young, Jr., of Motley Rice, LLC, *pro hac vice*, in the above-captioned matter. (Doc. 85.) It appears that Mark M. Kovacich of Kovacich Snipes Johnson, P.C., will serve as local counsel in this matter. (*Id.* at 2.) Mr. Young's application (Doc. 85-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 85) is GRANTED on the condition that Mr. Young does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Young shall take steps to register in the Court's

1

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Young files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 20th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court