Chad M. Knight
Anthony M. Nicastro
Cole Anderson
KNIGHT NICASTRO MACKAY, LLC
1401 Walnut Street, STE 200
Boulder, CO 80302
Phone: (303) 815-5869
Fax: (816) 396-6233
knight@knightnicastro.com
nicastro@knightnicastro.com
anderson@knightnicastro.com
*Attorneys for BNSF Railway Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| EDWARD GALLEGOS, as Personal Representative of the Estate of MARY DIANA MOE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | Cause No.: 9:22-cv-00068-DLC<br><br>**DEFENDANT BNSF RAILWAY COMPANY'S MOTION TO STAY PENDING APPEAL IN RELATED ACTION OR ALTERNATIVE MOTION TO CHANGE VENUE DUE TO MEDIA COVERAGE** |
|---|---|

COMES NOW, Defendant BNSF Railway Company ("BNSF"), by and through its counsel of record, Knight Nicastro MacKay, LLC, and hereby submits its Motion to Stay Pending Appeal in Related Action or Alternative Motion to Change Venue due to Media Coverage:

## **MOTION**

BNSF respectfully requests that the Court grant this Motion to stay pending appeal in related action or alternative motion to change venue due to media coverage.

In support of this Motion, Defendant submits its accompanying brief in support.

DATED this 25th day of April, 2024.

                                      KNIGHT NICASTRO MACKAY, LLC

                                      By: /s/  *Anthony M. Nicastro*
                                            Anthony M. Nicastro
                                            Chad M. Knight
                                            Cole Anderson
                                            *Attorneys for Defendant BNSF Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mark M. Kovacich<br>Ross T. Johnson<br>Caelan G. Brady<br>KOVACICH SNIPES JOHNSON, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 461-5595<br>mark@justicemt.com<br>ross@justicemt.com<br>caelan@justicemt.com<br>*Attorneys for Plaintiff* | |
| Nathan D. Finch<br>MOTLEY RICE, LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>(202) 849-4968<br>nfinch@motleyrice.com<br>*Attorney for Plaintiff* | Roger M. Young, Jr. (*Pro Hac Vice*)<br>MOTLEY RICE, LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>(843) 216-9091<br>Fax: (843) 216-9450<br>hyoung@motleyrice.com<br>*Attorney for Plaintiff* |

KNIGHT NICASTRO MACKAY, LLC

By: /s/ *Anthony M. Nicastro*
    Anthony M. Nicastro