**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| EDWARD GALLEGOS, as Personal Representative for the Estate of MARY DIANA MOE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY CO., a Delaware corporation,<br><br>Defendants. | **CV-22-68-M-BMM**<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT** |

Defendant BNSF Railway Company's ("BNSF") moves for summary judgment against Plaintiff Edward Gallegos, as Personal Representative for the estate of Mary Diana Moe ("Plaintiff"). (Doc. 163.) In the alternative, BNSF moves for certification of an interlocutory appeal under 28 U.S.C. § 1292(b). (*Id.*) The Court held a hearing on the motion on September 21, 2026. (Doc. 179.)

The Court denies BNSF's motion as moot in light of the Court's Order regarding new trial schedule and Plaintiff's limited reopening of discovery. (Doc. 180.) The Court directs BNSF to file any new motions for summary judgment consistent with the Court's new scheduling order.

**ORDER**

Accordingly, **IT IS HEREBY ORDERED** that BNSF's Motion for Summary Judgment and Motion for Interlocutory Appeal (Doc. 163.) is **DENIED.**

DATED this 23rd day of October, 2026.

Brian Morris, Chief District Judge
United States District Court